UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
ROGELIO ROSA,

      Plaintiff

     -against-                                        **NOTICE OF MOTION**

ROSEN PARAMOUNT GLASS CO., INC. and        Index No.: 11 cv 2123(AJN)
STANLEY ROSEN,

      Defendants
-------------------------------------------------------------------------------x

SIRS:

     PLEASE TAKE NOTICE that upon attached affirmation of Mark L. Lubelsky, Esq,,

affirmed June 20, 2012, and upon the Memorandum of Law, Counsel will move this court,

Magistrate Judge James C. Francis, in Room 18D United States Court House located at 500 Pearl

Street, New York, NY 10007, on July 6, 2012 at 10:00 a.m. or as soon thereafter as counsel can

be heard for an order pursuant to Rule 1.4 of the Southern District of New York Local Civil

Rules granting Counsel's motion to be relieved as counsel of record for Plaintiff Rogelio Rosa

Dated:  New York, New York
        June 26,2012

                                                                /s/ Mark Lubelsky
                                                                Mark L. Lubelsky, Esq.
                                                                MARK L. LUBELSKY AND
                                                                ASSOCIATES
                                                                 Attorneys for Defendant-Appellants
                                                                 123 West 18th Street, 8th Floor
                                                                New York, New York 10011
                                                                212-242-7480
                                                                mark@mllassociates.com

TO:

Rogelio Rosa
487 Carlton Ave. Apt#12-F
Brooklyn NY, 11238

Glenn J. Ingoglia, Esq.
Law Offices of Glenn J. Ingoglia
Attorneys for Defendants
104 Long Beach Road
Island Park, NY 11558