UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

ROGELIO ROSA,

                    Plaintiff,

       -against-

ROSEN PARAMOUNT GLASS CO., INC. and
STANLEY ROSEN,

                  Defendants.
-----------------------------------------------------------------------x

**AFFIDAVIT OF MARK
LUBELSKY**

Index No.: 11 CV 2123(AJN)

MARK LUBELSKY, being duly sworn, states under penalty of perjury:

1. I am Counsel for plaintiff in the above captioned matter and as such I am fully familiar with the facts and circumstances of this matter.

2. On June 13, 2012, Plaintiff came to my office again to discuss the settlement conference scheduled for that day.

3. The continued representation of Plaintiff would result in my violation of Rules 1.16(b)(1) and 3.1(a) of the New York State Rules of Professional Conduct.

                                    MARK LUBELSKY

State of New York    )
                      ) ss.:
County of New York  )

On the   20th   day of   June      in the year 2012 before me, the undersigned, a Notary Public in and for the State, personally appeared MARK LUBELSKY Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument

Mathew W Beckwith
Notary Public
State Of New York
My Commission Expires 04-19-2014