```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 21 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROGELIO ROSA,

                Plaintiff,

      -v-                                                       11 Civ. 02123 (AJN)

                                                                         ORDER

ROSEN PARAMOUNT GLASS CO., INC. AND
STANLEY ROSEN,

                Defendants.
-------------------------------------------------------------X

ALISON J. NATHAN, District Judge:

       On October 12, 2012, the magistrate judge to whom this case has been referred for general pretrial management issued a report and recommendation that the case be dismissed for failure to prosecute. In short, the magistrate judge set a September 14, 2012, date by which Plaintiff was to appear by new counsel or appear *pro se*. Plaintiff has done neither and, indeed, has not responded in any way to the report and recommendation that the case be dismissed for failure to prosecute under Rule 41(b). *See Harding v. Goord*, 135 Fed. Appx. 488, at *2 (2d Cir. 2005) (noting that, although explicitly authorized by the text of the rule, district courts have the authority to dismiss cases *sua sponte* for failure to prosecute under Rule 41(b)). The Court therefore adopts the report and recommendation. This case is dismissed for failure to prosecute.

Dated: December 21, 2012
         New York, New York

                                                    ALISON J. NATHAN
                                             United States District Judge